BERTHA WACHTELL, Respondent, v. THEODORE WACHTELL et al., Appellants.—

No opinion. Present — Carswell, Johnston, Adel, Taylor and Lewis, JJ.